## November Term, 1782.

(p. 59.)

The STATE *againſt* LEWIS Mc. KNIGHT.

On Habeas Corpus *of Negro* Cæſar Tite.

AGREEABLY to the Command of the within Writ, I have here in Court the Body of the within mentioned Cæſar Tite, and do ſay that the ſaid Negro Tite is my Property, being bought of Kenneth Hankinſon, Eſquire, for valuable Conſideration, and he is not a free Man; but I am willing and deſirous to conteſt that Property by a Jury of the Country, agreeably to the Laws of this State, and pray that it may not be taken from me without a Trial by Jury, &c.

LEWIS Mc. KNIGHT.

IN THE SAME TERM OF

## November, 1782.

(p. 76.)

### IN THE SAME CAUSE OF

The STATE *againſt* LEWIS Mc. KNIGHT.

IT appearing to the Court, that the ſaid Negro Cæſar Tite, brought up by *Habeas Corpus*, and now before the Court, heretofore belonged to Grace Tite, of the County of Monmouth, who by her laſt Will and Teſtament ordered that he ſhould be free when he attained the Age of Twenty-one Years, till which period he was to ſerve Thomas Leonard of the ſaid County of Monmouth; that the ſaid Thomas Leonard joined the Enemy ſome Time before the Expiration of the ſaid Service, and the ſaid Negro Cæſar Tite was ſold at Public Vendue, with other confiſcated perſonal Property of the ſaid

Thomas Leonard, by the Commiffioners of forfeited Ef-
tates for the County of Monmouth, and bought by Da-
vid Forman, Efq. who afterwards fold him to Kenneth
Hankinfon, Efq. and he to the faid Lewis M'Knight the
Defendant; that no Bond was given by the faid Grace
Tite, purfuant to the Act of Affembly, paffed in the
twelfth and thirteenth Years of the late Queen Ann:
And that the faid Negro Cæfar Tite is now above
Twenty-one Years old, *to wit*, of the Age of about
Twenty-four or Twenty-five.

The Court having heard the Arguments of Counfel
on both fides, and fully confidered thereof, *are unanimouf-
ly of Opinion*, That the faid Manumiffion is good in Law
againft all Perfons claiming under the faid Grace Tite,
notwithftanding Bond was not given as aforefaid; *and
do order*, on Motion of Mr. Bloomfield for the Attorney-
General, that the Negro Cæfar Tite be difcharged and
fet at Liberty from the faid Lewis M'Knight.

## *September* Term, 1783.

(p. 252. 270.)

MERCY HILL *againft* WILLIAM LEDDELL.

*On* Habeas Corpus *for Manumiffion.*

IT being alledged by the Counfel for the faid Mercy
Hill the Plaintiff, that fhe is the Daughter of a cer-
tain Jupiter Lee, a Negro Slave, heretofore belonging to
Samuel Lee of the Town of Swanfey in the Colony of
Maffachufetts Bay, now Commonwealth of Maffachu-
fetts, and Deliverence Hill, a free-born native Indian
Woman; that in her Infancy fhe was put apprentice to
James Power of that Place, with whom, or his Affigns
fhe ferved many Years, and then laboured for her Liveli-
hood in different Places as other free Perfons ufually do;
that long afterwards fhe was by fome Means fold as a
Slave, and by fundry Transfers and Sales came at length
into the Poffeffion of the Defendant William Leddell.